UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:05CV2119-SNL |
| | ) |
| JANSSEN PHARMACEUTICA, L.P., | ) |
| ELI LILY & CO., INC., and | ) |
| DR. SAAID KHOJASTEN, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff's motion to remand to the State of Missouri court is pending and it has been fully briefed. The matter has been addressed in the case of <u>Gloria Black v. Janssen Pharmaceutica, L.P., et al.</u>, No. 4:05CV1921-HEA. This Court believes that case decision should be applicable here.

**IT IS THEREFORE ORDERED** that the motion of plaintiff to remand is **GRANTED**. This case is remanded to the Circuit Court of the City of St. Louis.

Dated this   15th   day of March, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE